UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JEREMY BARRETT (#100542)

VERSUS

LOUISIANA DEPARTMENT OF
CORRECTIONS, ET AL.

CIVIL ACTION

NO. 09-116-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated March 2, 2009 (doc. no. 4) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the petitioner's application for habeas corpus relief is DISMISSED, without prejudice, for failure to exhaust state remedies.

Baton Rouge, Louisiana, this 16th day of March, 2009.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE